# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00316-CV

### In re Don Bonifay, Individually and d/b/a Bonifay & Associates

### ORIGINAL PROCEEDING FROM BLANCO COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Don Bonifay, individually and d/b/a Bonifay & Associates, filed his petition for writ of mandamus, asking the Court to direct the trial court to vacate its order denying his motion to transfer venue. *See* Tex. R. App. P. 52.1. Having reviewed the petition, the record, the response, and the reply, we deny the petition for writ of mandamus and lift the stay of the underlying proceedings. *See id.* R. 52.8(a).

_____

Cindy Olson Bourland, Justice

Before Chief Justice Rose, Justices Goodwin and Bourland

Filed:   September 14, 2016